**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| PEDRO FLORES PEREZ,<br>Plaintiff,<br>vs.<br>CHEX SYSTEMS, INC.,<br>Defendant. | Case No. 2:26-cv-01943-JAD-NJK<br>**ORDER GRANTING DEFENDANT CHEX SYSTEMS, INC.'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br>**(FIRST REQUEST)**<br>Complaint Filed: 06/26/2026 |

Defendant Chex Systems, Inc. ("ChexSystems"), pursuant to Federal Rule of Civil Procedure 6(b)(1) and LR IA6-2, respectfully moves the Court for an Order enlarging the time permitted for ChexSystems to file a responsive pleading to the Complaint filed by Plaintiff Pedro Flores Perez ("Plaintiff"). This is the first extension of time requested by ChexSystems to respond to the Complaint in this matter. In support of this Motion, ChexSystems states as follows:

1. Plaintiff filed the Complaint in this Court on June 26, 2026. [ECF No. 1.]
2. ChexSystems was served with the Complaint on June 30, 2026.
3. ChexSystems' current deadline to respond to the Complaint is July 21, 2026.
4. ChexSystems respectfully requests a thirty (30) day extension, up to and including August 20, 2026, to file a responsive pleading to the Complaint. There is good cause for an extension to evaluate this matter and explore the possibility of early resolution.

5. The foregoing Motion is filed in good faith and not for dilatory or other improper purpose.

6. Plaintiff will not suffer any prejudice by the Court permitting ChexSystems the requested extension of time. As of the filing of this Motion, Counsel for ChexSystems reached out to Plaintiff regarding this Motion and he declined to agree to ChexSystems' requested extension of time.

7. This is the first request for extension of time for ChexSystems to file a responsive pleading to the Complaint.

WHEREFORE, Defendant ChexSystems respectfully requests that the Court grant this Motion and enter an Order extending the deadline for it to file a responsive pleading to the Complaint, up to and including August 20, 2026.

DATED this 15th day of July, 2026.

TROUTMAN PEPPER LOCKE LLP

By: _/s/ Holly E. Cheong_
HOLLY E. CHEONG, ESQ.
Nevada Bar No. 11936
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123 (*Nevada Office*)
Telephone: (213) 928-9800
holly.cheong@troutman.com
350 South Grand Avenue, Suite 3400
Los Angeles, California 90071 *(Los Angeles Office)*

*Attorneys for Defendant Chex Systems, Inc.*

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: July 16, 2026